**FILED**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUN 26 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: MAXIM INTEGRATED PRODUCTS,
INC., PATENT LITIGATION

MDL No. 2354

(SEE ATTACHED SCHEDULE)

C 12-1338 EMC

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On June 8, 2012, the Panel transferred 13 civil action(s) to the United States District Court for the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Western District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Nora Barry Fischer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Pennsylvania and assigned to Judge Fischer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Western District of Pennsylvania for the reasons stated in the order of June 8, 2012, and, with the consent of that court, assigned to the Honorable Nora Barry Fischer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 19, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED FROM THE RECORD
06/20/2012
ROBERT V. BARTH JR., CLERK
Deputy Clerk

IN RE: MAXIM INTEGRATED PRODUCTS,
INC., PATENT LITIGATION                                    MDL No. 2354

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 12−01338 | Clairmail Inc. v. Maxim Integrated Products, Inc., |
| MASSACHUSETTS | | | |
| MA | 1 | 12−10356 | Fidelity Brokerage Services LLC v. Maxim Integrated Products, Inc. |
| OHIO NORTHERN | | | |
| OHN | 1 | 12−00558 | KeyCorp et al v. Maxim Integrated Products, Inc. |